The defendant, Pinned Up agrees to permanently cease the sale of any and all products of Care Bear likeness. Pinned Up has deleted item from its Shopify storefront.

The defendant is based in Ontario, Canada and does not have any US based financial accounts. The defendant has never targeted the US market, however, the defendant's electronic storefront, Shopify, does allow for international shipping. The majority of defendant's business is conducted locally which can be verified through Shopify records.

The defendant added one style of Care Bear croc charm to its website in December 2023, which it purchased for resale from an Ali Baba vendor under the assumption they were an authorized seller. The defendant has never manufactured Care Bear merchandise.

The defendant has never conducted a sale of any products in Illinois, this can be confirmed through Shopify records (exhibit A).

To date, the defendant has made one online sale of one Care Bear product (exhibit B). The defendant did not make any profit from this sale that amounts to $4 CAD as the overhead costs of online store greatly exceed the cost of all sales for any products Pinned Up offers. As such, there are no financial assets for plaintiff to collect statutory damages. The defendant requests that with agreement to permanently cease all sale of any Care Bear products, plaintiff agrees to stop further legal action.

Signed December 23, 2024

/s/ Avril Rowe