UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>*Defendants*. | CASE NO. 1:24-cv-11490<br><br>**Judge:** Honorable Rebecca R. Pallmeyer<br><br>**Magistrate Judge** Honorable Gabriel A. Fuentes |

## DEFENDANT' ANSWER AND AFFIRMATIVE DEFENSES

Defendant HUITONG Co. Ltd. respectfully submits the following Answer and Affirmative Defenses, and Counterclaims to Plaintiff's Complaint [Dkt. No.1], and states as follows:

## ANSWER

## JURISDICTION AND VENUE

1. Admitted this Court has subject matter jurisdiction over trademark and copyright infringement cases and related state claims.

2. Defendant is without information to either confirm or deny other allegations set forth herein.

## INTRODUCTION

3. Defendant is without information to either confirm or deny the allegations set forth herein.

4. Defendant is without information to either confirm or deny the allegations set forth herein.

5. Defendant is without information to either confirm or deny the allegations set forth herein.

1

**PLAINTIFF**

6. Defendant is without information to either confirm or deny the allegations set forth herein.

7. Defendant is without information to either confirm or deny the allegations set forth herein.

8. Defendant is without information to either confirm or deny the allegations set forth herein.

9. Defendant is without information to either confirm or deny the allegations set forth herein.

10. Defendant is without information to either confirm or deny the allegations set forth herein.

11. Defendant is without information to either confirm or deny the allegations set forth herein.

12. Defendant is without information to either confirm or deny the allegations set forth herein.

13. Defendant is without information to either confirm or deny the allegations set forth herein.

14. Defendant is without information to either confirm or deny the allegations set forth herein.

15. Defendant is without information to either confirm or deny the allegations set forth herein.

16. Defendant is without information to either confirm or deny the allegations set forth herein.

17. Defendant is without information to either confirm or deny the allegations set forth herein.

**THE DEFENDANTS**

18. Admitted that this Defendant in a Chinese entity. Defendant is without information to either confirm or deny other allegations set forth herein.

**THE DEFENDANTS' UNLAWFUL CONDUCT**

19. Admitted that this Defendant operates its internet store on Walmart.com. Defendant is without information to either confirm or deny other allegations set forth herein.

20. Denied, as it relates to Defendant.

21. Denied, as it relates to Defendant.

22. Denied, as it relates to Defendant

23. Denied, as it relates to Defendant

24. Denied, as it relates to Defendant.

25. Denied, as it relates to Defendant.

26. Denied, as it relates to Defendant.

27. Denied, as it relates to Defendant.

28. Denied, as it relates to Defendant.

29. Denied, as it relates to Defendant.

## COUNT I
## TRADEMARK INFRINGEMENT AND COUNTERFEITING (15 U.S.C. § 1114)

30. Defendant incorporates by reference the responses set forth in the preceding paragraphs.

31. Denied, as it relates to Defendant.

32. Denied, as it relates to Defendant.

33. Denied, as it relates to Defendant.

34. Denied, as it relates to Defendant.

35. Denied, as it relates to Defendant.

## COUNT II
## FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a))

36. Defendant incorporates by reference the responses set forth in the preceding paragraphs.

37. Denied, as it relates to Defendant.

38. Denied, as it relates to Defendant.

39. Denied, as it relates to Defendant.

40. Denied, as it relates to Defendant.

41. Denied, as it relates to Defendant.

## COUNT III
## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501(a))

42. Defendant incorporates by reference the responses set forth in the preceding paragraphs.

43. Defendant is without information to either confirm or deny the allegations set forth herein.

44. Denied, as it relates to Defendant.

45. Denied, as it relates to Defendant.

46. Denied, as it relates to Defendant.

47. Denied, as it relates to Defendant.

48. Denied, as it relates to Defendant.

49. Denied, as it relates to Defendant.

50. Denied, as it relates to Defendant.

51. Denied, as it relates to Defendant.

52. Denied, as it relates to Defendant.

## COUNT III
## VIOLATION OF ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT
## (815 ILCS § 510, *et seq.*)

53. Defendant incorporates by reference the responses set forth in the preceding paragraphs.

54. Denied, as it relates to Defendant.

55. Denied, as it relates to Defendant.

56. Denied, as it relates to Defendant.

## AFFIRMATIVE DEFENSES

### First Defense – Lack of Personal Jurisdiction

1. The Court lacks personal jurisdiction over Defendant. Defendant does not reside in the State of Illinois and has not engaged in any business activities directed toward the forum that would subject it to the jurisdiction of this Court. Defendant has not purposefully availed itself of the privileges and protections of Illinois law, and any alleged contacts with this forum are insufficient to establish personal jurisdiction.

### Second Defense – Lack of Trademark Infringement

2. Defendant asserts that it has not infringed upon Plaintiff's trademarks. Any alleged use of the marks by Defendant is not likely to cause confusion, mistake, or deception among the consuming public. Defendant did not adopt or use any marks similar to Plaintiff's with the intent to profit from Plaintiff's goodwill or to mislead consumers. Accordingly, there is no basis for liability for trademark infringement under the Lanham Act or other applicable law.

### Third Defense – Lack of Copyright Infringement

3. Defendant asserts that it has not infringed upon any valid copyright owned by Plaintiff. Defendant has not copied, reproduced, distributed, displayed, or otherwise used any protected expression of Plaintiff's works without authorization. To the extent any of Defendant's activities involve the same or similar subject matter as Plaintiff's works, such activities constitute non-infringing uses under the Copyright Act.

### Fourth Defense – Fair Use of Trademark

4. Even if there were any use of Plaintiff's alleged trademarks by Defendant, such use constitutes a lawful "fair use" within the meaning of 15 U.S.C. § 1115(b)(4) and other applicable laws. Defendant's purported use of any such mark, if any, was descriptive, incidental, or otherwise permissible to identify goods or services, and was not likely to cause confusion as to the source or sponsorship of those goods or services.

December 26, 2024

Respectfully submitted,
/s/ Robin Cheng
Robin Cheng | Attorney
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33308
recheng@palmerlawgroup.com
Tel: +1 (917) 525-1495
***Attorney for Defendant***