# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC,<br><br>*Plaintiff*,<br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>*Defendants*. | CASE NO. 1:24-cv-11490<br><br>**Judge:** Honorable Rebecca R. Pallmeyer<br><br>**Magistrate Judge** Honorable Gabriel A. Fuentes |

## MOTION TO UNSEAL CERTAIN DOCUMENTS

Defendant ZHIWEI Co. Ltd. respectfully requests that Plaintiff's Amended Schedule A to the Complaint [Dkt. No. 8], Exhibit 3 to the Declaration of Sean Gorman [Dkt. Nos. 13-25] and the Temporary Restraining Order (TRO) [Dkt. No. 28] be immediately unsealed.

These documents were previously ordered to be unsealed by this Court in the Preliminary Injunction Order [Dkt. No. 39, ¶12]; however, they remain inaccessible to Defendant. Having access to these documents is critical for the preparation of Defendant's defenses and to ensure a fair and informed response to Plaintiff's allegations.

Therefore, Defendant respectfully requests the immediate release of these documents.

December 26, 2024

Respectfully submitted,
/s/ He Cheng
He Cheng
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33308
recheng@palmerlawgroup.com
***Attorney for Defendant***

1